

**ORDERED in the Southern District of Florida on March 20, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Cesar David Duro                                      Case No: 15-10054-AJC
                                                               Chapter 13
                    Debtor           /

### ORDER SUSTAINING OBJECTION TO CLAIM OF SANTANDER CONSUMER USA, INC.

**THIS MATTER** having come to be heard on this 17th day of March, 2015 upon Debtor's Objection to Claim of Santander Consumer USA, Inc. (claim #1) and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to the proof of claim of Santander Consumer USA, Inc. (claim #1) is SUSTAINED.

2. The claim is reclassified to an unsecured general claim in the amount of $18,659.09.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.