61400299

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-10054-AJC
CHAPTER: 13

IN RE:

CESAR DAVID DURO

   Debtor.
_____/

**COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC.'S
REQUEST FOR BANKRUPTCY NOTICE**

    JEFFREY S. BERLOWITZ, ESQUIRE, of SIEGFRIED, RIVERA, HYMAN, LERNER, DE LA TORRE, MARS & SOBEL, P.A. counsel for **COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC.,** a secured creditor in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, and creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned; and requests that the following be added to the Court's Master Mailing List:

COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC.
C/O Jeffrey S. Berlowitz, Esquire
SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Telephone:  305-442-3334

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that a true and correct copy of the foregoing Request for Bankruptcy Notice has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 8th day of April, 2015 to: Robert Sanchez, Esq., 355 W 49 Street, Hialeah, Florida 33012; Cesar David Duro, 5417 Sunset Avenue, Panama City Beach, Florida 32408 and Nancy K. Neidich, Trustee, POB 279806, Miramar, Florida 33027.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

    SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.
Attorneys for COMMODORE PLAZA
CONDOMINIUM ASSOCIATION, INC.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Telephone: 305-442-3334
jberlowitz@srhl-law.com
BY:   /s/ Jeffrey S. Berlowitz, Esquire
JEFFREY S. BERLOWITZ, ESQUIRE
Florida Bar No. 963739