UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
CESAR DAVID DURO,              Case no. 15-10054-BKC-AJC
                               Chapter 13
    Debtor(s).         /

**DEBTOR(S) AND SANTANDER CONSUMER USA INC.'S CONSENT AND STIPULATION TO IN REM STAY RELIEF IN FAVOR OF MOVANT AUTO FINANCE**

The debtor(s) and Santander Consumer USA Inc. (hereinafter Movant) hereby consent(s) and stipulate(s) to in rem stay relief in favor of Creditor in the above styled matter pertaining to the following vehicle and to the inapplicability of Federal Rule of Bankruptcy Procedure 4001(a)(3):

**2011 VOLKSWAGEN JETTA 5 CYL SEDAN 4D SE,**

**VIN 3VWDZ7AJ4BM327716**

The debtor(s) and Movant consent and stipulate to modification (or vacation) of the stay in rem to allow Creditor to immediately repossess or replevy the vehicle, sell the vehicle, and apply the proceeds of the sale to the debt owed to it. Creditor shall not seek nor obtain any in personam judgment against the debtors.

**The vehicle was repossessed prior to the filing of the bankruptcy on December 11, 2014.**

Dated this 22nd day of April 2015.

_____          _____
Robert Sanchez, Esq.             Gerard M. Kouri, Jr., Esq.
Attorney for debtor              Attorney for Movant