IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:      Cesar Duro

        Case No:    15-10054-AJC
        Chapter 13

    Debtor.
_____/

**MOTION TO AMEND ORDER [RE: DE#32] SUSTAINING [ECF#25] OBJECTION TO CLAIM OF SANTANDER CONSUMER USA, INC.**

    **COMES NOW,** the Debtor, Cesar Duro, by and through undersigned counsel, and files this Motion to Amend Order Sustaining Objection to Claim of Santander Consumer USA, Inc. in order to correct a scrivener's error and in support thereof would state as follows:

1. Debtor filed for bankruptcy relief on January 5, 2015.
2. On January 12, 2015, Creditor filed a fully secured proof of claim (Claim #1) for a 2011 Volkswagen Jetta that was surrendered to Creditor.
3. On February 12, 2015, the Debtor filed an Objection to Claim of Santander Consumer USA, Inc. [Claim # 1] (hereinafter "Objection"), DE #25.
4. Said Objection was sustained by order on March 23, 2015, DE #32.
5. The aforementioned order contained a scrivener's error within its body, specifically in the second paragraph as it stated that the claim would be reclassified as a general unsecured claim.
6. The correct wording should state that creditor takes the surrendered collateral in full satisfaction of the secured claim with no unsecured portion and no distribution from the Chapter 13 Trustee.
7. The undersigned has attached a proposed order correcting said error.
8. This motion is made in good faith and not for the purpose of delay.

    **WHEREFORE,** the Debtor respectfully requests that this Court grant this Motion to Amend the Order Sustaining the Objection to Claim and for such further relief as this Honorable court deems necessary and just.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Ex-Parte Motion to correct the debtors was sent via CM/ECF to: Nancy Neidich, Chapter 13 Trustee, Post Office

Box 279806, Miramar, Florida 33027 and to all creditors of record by regular mail this 16th day of November 2015.

                                          Robert Sanchez, Esq.
                                          355 West 49 Street
                                          Hialeah, FL 33012
                                          Tel. (305)-687-8008

                                          By: */s/ Robert Sanchez*
                                          Robert Sanchez, Esquire
                                          FBN#0442161