**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:
Cesar Duro,
Debtor. /

Case No. 15-10054-AJC
Chapter 13

**AMENDED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF SANTANDER CONSUMER USA [CLAIM #1]**

THIS CAUSE came to be heard on _March 17, 2015 and December 15, 2015 _ upon the Debtor's Objection to Claim of Santander Consumer USA and Motion to Amend Order [Claim#1; ECF#25 and ECF#_53_] (the "Objection"). Based on the record it is

**ORDERED**:

1. The Objection is sustained.
2. The claim of Santander Consumer USA [Claim #1] should be allowed as originally filed with no unsecured portion and no distribution from the Chapter 13 Trustee.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.