UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Cesar David Duro                                          Case No: 15-10054-AJC
                                                                    Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Amend Order Sustaining

Objection to Claim of Santander Consumer USA, Inc. and Notice of Hearing was sent to all interested

parties on November 16, 2015 as follows:

Electronically:  Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Cesar Duro
6961 Carlyle Avenue #8
Miami Beach, FL 33141

Santander Consumer USA, Inc.
c/o Christian Plata, Bankruptcy Clerk
POB 961245
Fort Worth, TX 76161

Santander Consumer USA, Inc.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Santander Consumer USA, Inc.
c/o Jason A. Kulas, CEO
1601 Elm Street, Suite 800
Dallas, TX 75201

All creditors of record.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez_____*
Robert Sanchez, Esq., FBN#0442161