

**ORDERED in the Southern District of Florida on December 16, 2015.**

*A. Jay Cristol*

**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                        Case No. 15-10054-AJC

CESAR DURO,                                                                        Chapter 13

    Debtor.
_____/

**ORDER GRANTING MOTION TO AMEND ORDER (RE: DE #32) SUSTAINING (ECF #25) OBJECTION TO CLAIM OF SANTANDER CONSUMER USA [CLAIM #1]**

    THIS CAUSE came before the Court for hearing on December 15, 2015 upon the Debtor's *Motion to Amend Order (Re: DE #32) Sustaining (ECF #25) Objection to Claim of Santander Consumer USA [Claim #1]* [ECF #53] (the "Motion"). For the reasons stated on the record it is

    **ORDERED**:

    1. The Motion is GRANTED.

    2. The Order Sustaining Objection to Claim [ECF #32] is amended to reflect the claim of Santander Consumer USA [Claim #1] is allowed as originally filed with no unsecured portion, and no distribution from the Chapter 13 Trustee.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.