UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:  Case No. 15-10054-AJC

CESAR DAVID DURO,  Chapter  13

                Debtor.
_____/

## COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC.'S NOTICE OF CHANGE OF ADDRESS

Secured creditor, Commodore Plaza Condominium Association, Inc., hereby gives notice of the following change of address as follows:

**OLD ADDRESS**
C/O FIRST SERVICE RESIDENTIAL
2780 NE 183 STREET
NORTH MIAMI, FLORIDA 33160

**NEW ADDRESS**
C/O FIRST SERVICE RESIDENTIAL
2950 NORTH 28TH TERRACE
HOLLYWOOD, FLORIDA 33020

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 17th day of May, 2016 to:  Robert Sanchez, Esq., 355 W 49 Street, Hialeah, Florida 33012; Cesar David Duro, 5417 Sunset Avenue, Panama City Beach, Florida 32408 and Nancy K. Neidich, Trustee, POB 279806, Miramar, Florida 33027.

                      SIEGFRIED, RIVERA, HYMAN, LERNER,
                      DE LA TORRE, MARS  & SOBEL, P.A.
                      201 Alhambra Circle, 11th Floor
                      Coral Gables, Florida 33134
                      Phone: (305) 442-3334 /Fax: (305) 443-3292
                      Email:  jberlowitz@srhl-law.com
                      By:   /s/ Jeffrey S. Berlowitz
                          Jeffrey S. Berlowitz, Esq.
                          Florida Bar Number:  963739