**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST MODIFIED plan

DEBTOR: Cesar Duro          JOINT DEBTOR:                          CASE NO.: 15-10054-AJC
Last Four Digits of SS# 5243          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,329.80 for months 1 to 25 ; in order to pay the following creditors:
    B.    $ 1,657.65 for months 26 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 (motion to modify) = 4175 TOTAL PAID $ 1500
                     Balance Due $ 2675
                     payable $68.79/month (Months 1 to 25); payable $73.47/month (Months 26 to 38)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing          Arrearage on Petition Date $ 17,858.15
Address: 12650 Ingenuity Drive          Arrears Payment $ 250.98 /month (Months 1 to 25)
        Orlando, FL 32826          Arrears Payment $ 330.96 /month (Months 26 to 60)
Account No: 7091442066          Regular Payment $ 377.57 /month (Months 1 to 25)
                                    Regular Payment $ 441.27 /month (Months 2 6 to 60)

2. Commodore Plaza          Arrearage on Petition Date $ 12,680.35
Address: FirstService Residential          Arrears Payment $ 150.10/month (Months 1 to 25)
        POB 028103, Miami, FL 33102          Arrears Payment $ 255.08/month (Months 26 to 60)
Account No: 0185000C110801          Regular Payment $ 349.49/month (Months 1 to 25)
                                    Regular Payment $ 387.82/month (Months 2 6 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral | Interest | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | n/a | n/a | None | N/A | n/a |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None          Total Due $
                         Payable   $          /month (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $ 38.73 /month (Months 1 to 25); Pay $ 3.28 /month (Months 26 to 38); and Pay $ 76.75 /month (Months 39 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for Debtor          Joint Debtor
Date: 2/6/2017          Date:
LF-31 (rev. 01/08/10)